IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARNIE ANN BURT,<br><br>　　　　Defendant. | No. CR 04-110-TUC-CKJ (JM)<br><br>**ORDER** |

　　　　On February 17, 2009, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation [Doc. # 71] in which she recommended this Court find that Defendant Marnie Ann Burt violated the terms of her supervised release.  The Report and Recommendation notified the parties that they had ten days from the date of service of the Report and Recommendation to file any objections.  No objections have been filed.

　　　　The Court has reviewed and considered the Petition to Revoke Supervised Release, the transcript of the February 5, 2009, hearing, and the Report and Recommendation.

　　　　Accordingly, after an independent review, IT IS ORDERED:

　　　　1.　　The Report and Recommendation [Doc. # 71] is ADOPTED;

　　　　2.　　The Court finds Defendant has violated the terms of her supervised release.

　　　　3.　　The Disposition Hearing is scheduled for April 16, 2009, at 9:15 a.m.

　　　　4.　　The Probation Office shall prepare a disposition report.

　　　　DATED this 11th day of March, 2009.

_____
Cindy K. Jorgenson
United States District Judge